No. 66499.—Air-Sea Forwarders, Inc., a/c Kanematsu, New York, Inc. *v.* United States, protest 60/16717 (Los Angeles).

· Opinion by WILSON, J. At the trial, it was stipulated that the correct weight of the merchandise is 52 dozen of style No. 400 sweaters, at 4½ pounds per dozen, and 65 dozen style No. 419 sweaters, at 4.1 pounds per dozen. The claim of the plaintiff was sustained and the collector was directed to reliquidate the entry accordingly.

BEFORE THE SECOND DIVISION, FEBRUARY 26, 1962

No. 66500.—Ardalt, Inc. *v.* United States, protest 61/4296 (New York).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, FEBRUARY 27, 1962

No. 66501.—E. Dillingham, Inc. *v.* United States, protests 60/13805 and 60/16913 (Ogdensburg).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of "Diversol" similar in all material respects to that the subject of Abstract 65455, the claim of the plaintiff was sustained.